UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAG. NO. 10-3588 |
| QUI RONG LI | : | O R D E R |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this <u>10th</u> day of <u>June</u>, 2010,

ORDERED that <u>Candace Hom</u> from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Mark Falk
U.S. Magistrate Judge